JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
NICHOLAS PROTO

### DEFENDANTS
BARNETT OUTDOORS, LLC

**(b)** County of Residence of First Listed Plaintiff: **Monmouth**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen N. Dratch, FRANBLAU DRATCH 354 Eisenhower Parkway Livingston, NJ 07039 (973) 992-3700

Attorneys *(If Known)*
William J. Smith, DICKIE McCAMEY & CHILCOTE, P.C., 41 S. Haddon Ave, Suite 5 Haddonfield, NJ 08033 (856) 354-0192

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332, 1441 and 1446

Brief description of cause:
Plaintiff alleges injury to finger from sporting good product

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER ESX-L-004548-18

DATE: July 24, 2018
SIGNATURE OF ATTORNEY OF RECORD: /s/ Willliam J. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS PROTO,<br><br>　　　　Plaintiff,<br>v.<br><br>BARNETT OUTDOORS, LLC,<br><br>　　　　Defendant. | Civil Action No.:<br><br>(From ESX-L-004548-18)<br><br>NOTICE OF REMOVAL<br>(28 U.S.C. §§ 1332, 1441 and 1446) |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, BARNETT OUTDOORS, LLC (hereinafter "Defendant"), by and through its undersigned counsel, hereby removes this action from the Superior Court of New Jersey, Law Division, Essex County, to this, the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Rule 81(c) of the Federal Rules of Civil Procedure, on the following grounds:

　　1.　　On or about July 11, 2018, NICHOLAS PROTO ("Plaintiff") filed a Complaint against Defendant in the Superior Court of New Jersey, Law Division, Essex County, captioned NICHOLAS PROTO, Plaintiff v. BARNETT OUTDOORS, LLC, Defendant, Docket Number ESX-L-004548-18.

　　2.　　Jurisdiction over this case is appropriate in this Court pursuant to 28 U.S.C. § 1332(a). Specifically, this Court has jurisdiction over this action because there is the requisite diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Plaintiff NICHOLAS PROTO is a New Jersey resident and, on information and belief, a New Jersey citizen for jurisdictional purposes. (Complaint, attached as Exhibit A).

4. Defendant Barnett Outdoors, LLC, however, is not a New Jersey citizen. Barnett Outdoors, LLC is a corporation with a principal place of business at 955 E. Live Oak Street, Tarpon Springs, FL 34689. Barnett Outdoors is a single-member limited liability company organized under the laws of the State of Florida. The sole member of Barnett Outdoors is Wildgame Innovations, LLC. Wildgame Innovations, LLC is a single-member limited liability company organized under the laws of the State of Louisiana. The sole member of Wildgame Innovations, LLC is Synergy Outdoors, LLC. Synergy Outdoors, LLC is a single-member limited liability company organized under the laws of the State of Louisiana. The sole member of Synergy Outdoors, LLC is Plano Molding Company, LLC. Plano Molding Company, LLC is a single-member limited liability company organized under the laws of the State of Delaware. The sole member of Plano Molding Company, LLC is Plano Holding LLC. Plano Holding LLC is a single-member limited liability company organized under the laws of the State of Delaware. The sole member of Plano Holding LLC is Plano Synergy Holding Inc. Plano Synergy Holding Inc. is a Delaware corporation with its principal place of business in Illinois. Thus, for the purpose of diversity jurisdiction, Barnett Outdoors is a citizen of Delaware and Illinois. 28 U.S.C. § 1332 (c)(1).

5. Complete diversity of citizenship exists because Plaintiff is not a citizen of the same state as Defendant. 28 U.S.C. § 1332(a).

6. Although Defendant denies that Plaintiffs are entitled to any monetary relief whatsoever, Defendant submits that the amount in controversy reasonably exceeds $75,000.00, exclusive of interest and costs. *See Mehlenbacher v. Akzo Nobel Salt, Inc.*, 216 F.3d 291, 298 (2d Cir. 2000) (reasoning that the movant "has the burden of proving that it appears to a reasonable probability that the claim is in excess of the statutory jurisdictional amount.").

7. Although Plaintiff's Complaint does not specify a particular amount of damages sought, Plaintiff has stipulated that the amount of damages sought is in excess of $75,000. (*See* Exhibit B, Stipulation signed by Plaintiff's counsel).

8. Based on Plaintiff's stipulation, there is now a legal certainty that the amount in controversy in this civil action exceeds $75,000.00, exclusive of interest and costs. Therefore, this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1).

9. In accordance with 28 U.S.C. §1446(a), attached as Exhibit C, and filed with the Clerk of this Court, true and legible copies of all process, pleadings, orders and other papers on file with the Superior Court of New Jersey, Law Division, Essex County.

10. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3) because it is filed within thirty (30) days of Defendant's receipt of the Complaint (received July 11, 2018), as well as Plaintiff's Stipulation (received July 18, 2018) indicating that the amount in controversy requirement is met in this case.

11. Venue of this removed action is proper under 28 U.S.C. § 1441(a), because this Court is the United States District Court for the district that includes Essex County, New Jersey, where the state-court action was pending.

12. Pursuant to 28 U.S.C. §1446(d), Defendant has provided written notice to Plaintiff and have filed a copy of this Notice of Removal with the Clerk of the Superior Court of New Jersey, Law Division, Essex County, Docket No. ESX-L-004548-18.

WHEREFORE, Defendant, by and through their undersigned counsel, respectfully notice the removal of the action now pending against it in Superior Court of New Jersey, Law Division, Essex County, Docket Number ESX-L-004548-18, to the United States District Court for the District of New Jersey.

Respectfully submitted,

**DICKIE, McCAMEY & CHILCOTE, P.C.**

By ___/s/ William J. Smith___

William J. Smith, Esquire (NJ ID# 038571992)
wsmith@dmclaw.com
41 South Haddon Avenue, Suite 5
Haddonfield, NJ 08033-1800
856-354-0192/888-811-7144

Attorneys for Defendant, BARNETT OUTDOORS, LLC

Dated: July 24, 2018

## CERTIFICATE OF SERVICE

I certify that this day, July 24, 2018, I electronically filed the foregoing with the clerk's office CM/ECF system, which will send email notification to counsel of record. I further certify that I have this day served a true and correct copy of the foregoing by U.S. Mail with adequate postage thereon and addressed as follows:

> Stephen A. Dratch
> FRANZBLAU DRATCH, P.C.
> Plaza One – 354 Eisenhower Pkwy
> P.O. Box 472
> Livingston, NJ 07039
> dratch@njcounsel.com

I further certify that on July 24, 2018, a copy of the Notice of Removal was also submitted to the Superior Court of New Jersey, Essex County, Civil Law Division.

DICKIE, McCAMEY & CHILCOTE, P.C.

By _____

William J. Smith, Esquire (NJ ID# 038571992)
wsmith@dmclaw.com
41 South Haddon Avenue, Suite 5
Haddonfield, NJ 08033-1800
856-354-0192/888-811-7144